COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Aleksander Borisov v. Kerry Lea Keels Chief Clerk,
Harris County Justice Court Precinct 5, Place 1

Appellate case number:    01-15-00522-CV

Trial court case number:  1041858

Trial court:                County Court at Law No. 4 of Harris County

On October 16, 2015, appellant, Aleksander Borisov, filed a brief in this appeal. On January 5, 2016, appellee, Kerry Lea Keels Chief Clerk, Harris County Justice Court Precinct 5, Place 1, filed a Motion to Require Appellant to Rebrief. Appellant's brief violates the formal requirements set forth in TEX. R. APP. P. 38.1(f) (requiring brief to state concisely all issues or points presented for review), (g) (requiring statement of facts to be supported by record references), (h) (requiring succinct, clear, and accurate statement of the arguments), and (i) (requiring clear and concise argument with citations to authorities and to the record). Therefore, the Court **orders** the brief redrawn. *See* TEX. R. APP. P. 38.9(a). If appellant's redrawn brief does not comply with TEX. R. APP. P. 38.1, the Court may strike the brief, prohibit appellant from filing another brief, and proceed as if appellant had failed to file a brief, i.e., dismiss appellant's appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 38.9(a).

The final deadline for appellant to file a redrawn brief is **30 days from the date of this order**. If appellant fails to timely comply, the Court may dismiss this appeal for want of prosecution without further notice. *See* TEX. R. APP. P. 42.3(b), 38.9(a), 38.8(a).

It is so ORDERED.


Judge's signature: /s/ Chief Justice Sherry Radack
                             ☒  Acting individually

Date:  January 26, 2016